```
1  AARON D. FORD
     Attorney General
2  MARAY GARAY (Bar No. 15550)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3788 (phone)
   (702) 486-3773 (fax)
6  Email: mgaray@ag.nv.gov

7  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT SPAHR, | Case No. 3:23-cv-00045-ART-CLB |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| WARDEN N.N.C.C., *et.al.*, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Plaintiff, Robert Sphar, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Mayra Garay, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice.  Any outstanding deadlines are considered moot.

DATED this 22nd day of December, 2023.     DATED this 22nd day of December, 2023

AARON D. FORD
Attorney General

By: _____           By: /s/ *Mayra Garay*
ROBERT SPAHR                                      MAYRA GARAY (Bar No. 15550)
Plaintiff                                                    Deputy Attorney General
                                                              *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____December 22_____, 2023.

_____
UNITED STATES DISTRICT JUDGE